# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

BRENDAN BURNS                                                                                    PLAINTIFF

v.                                    5:18cv00291-DPM-JJV

DOES, Van Driver, Arkansas County
Sheriff's Department; Transport
Officer Tyran; *et al.*                                                                         DEFENDANTS

## **PROPOSED FINDINGS AND RECOMMENDATIONS**

## **INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge D.P. Marshall, Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.     Why the record made before the Magistrate Judge is inadequate.

2.     Why the evidence proffered at the hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.  The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing.  Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## DISPOSITION

Brendan Burns ("Plaintiff") filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983.  (Doc. No. 2).  At the time Plaintiff filed this lawsuit, he was incarcerated in the Arkansas County Detention Center.  (*Id.*)  On December 20, 2018, Plaintiff informed the Court that he had been released from custody.  (Doc. No. 10.)  Given his change of custody status, on December 21, 2018, I ordered Plaintiff to submit a new Application to Proceed Without Prepayment of Fees and Affidavit within thirty (30) days.  (Doc. No. 11.)  Plaintiff was warned that if he did not do so, I would recommend that this case be dismissed without prejudice.  (*Id.*)  A blank Application to Proceed Without Prepayment of Fees and Affidavit was mailed to Plaintiff, but he has not submitted the Application or otherwise responded to my December 21 Order.  Accordingly, Plaintiff's Complaint should be dismissed without prejudice.  LOCAL RULE 5.5(c)(2).  To proceed with this case, Plaintiff must file a Application to Proceed Without Prepayment of Fees and Affidavit along with his objections to this recommendation.

IT IS, THEREFORE, RECOMMENDED that:

1.  Plaintiff's Complaint (Doc. No. 2) be DISMISSED without prejudice.

    2.    The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 24th day of January 2019.

                                          _____
                                          JOE J. VOLPE
                                          UNITED STATES MAGISTRATE JUDGE