# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

BRENDAN BURNS                                      PLAINTIFF

v.                      No. 5:18-cv-291-DPM

DOES, Van Driver, Arkansas County
Sheriff's Department; Transport
Officer Tyran                               DEFENDANTS

## ORDER

Unopposed recommendation, № 12, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Burns's complaint will be dismissed without prejudice for failure to prosecute. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 February 2019