IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRENDAN BURNS                                                PLAINTIFF

v.                       No. 5:18-cv-291-DPM

DOES, Van Driver, Arkansas County
Sheriff's Department; Transport
Officer Tyran                                                DEFENDANTS

## JUDGMENT

Burns's complaint is dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 February 2019